**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

JANE DOE 1, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, and JOHN DOE 8,

Plaintiffs,

v.

MAINE DEPARTMENT OF CORRECTIONS; MARTIN MAGNUSSON, Commissioner of the Maine Department of Corrections; MARY ANN SAAR, Associate Commissioner for Juvenile Services; LARS OLSEN, Superintendent, Maine Youth Center; ROBERT LANCASTER, Deputy Superintendent, Maine Youth Center; BARBARA HEATH, Psychologist, Maine Youth Center; MICHAEL MACK, Area Supervisor, Maine Youth Center; SCOTT DEWITT, Area Supervisor, Maine Youth Center; BRIAN MACDOUGALL, Area Supervisor; RALPH NICHOLS, Investigator, Maine Youth Center; STEVEN BUTTS, Investigator, Maine Youth Center; CARRIE JOHNSON, Training School Counselor, Maine Youth Center; BARRY LEMERY, Training School Counselor, Maine Youth Center; JOHN NAPOLITANO, Training School Counselor, Maine Youth Center; SCOTT LAMRY, Training School Counselor, Maine Youth Center; NORMA JEAN DUHAMEL, Training School Counselor, Maine Youth Center; PATRICIA L. POOLE, Training School Counselor, Maine Youth Center; JAMES MCDEVITT, Training School Counselor, Maine Youth Center; PAMELA CREAMER, Training School Counselor, Maine Youth Center; KENNETH FACTOR, Training School Counselor, Maine Youth Center; DANIEL THURLOW, Training School Counselor, Maine Youth Center; STEPHEN HASSON, Training School Counselor, Maine Youth Center; DAVID

CIVIL ACTION No. 2:26-cv-00256-LEW

CLOCK, Training School Counselor, Maine Youth Center; DANIEL KANE, Training School Counselor, Maine Youth Center; DANIEL DICKSON, Training School Counselor, Maine Youth Center; ADRIEN DUFRESNE, Training School Counselor, Maine Youth Center; DANIEL BOISOT, Training School Counselor, Maine Youth Center; ROY GUZMAN, Training School Counselor, Maine Youth Center; LEO ALBERT, Training School Counselor, Maine Youth Center; STEVEN ROGERS, Training School Counselor, Maine Youth Center; PETER MCDERMOTT, Training School Counselor, Maine Youth Center; EWA LEWANDOWSKA, Training School Counselor, Maine Youth Center; GARRET SMITH, Training School Counselor, Maine Youth Center; SEAN CLANCY, Training School Counselor, Maine Youth Center; MICHAEL WHELAN, Training School Counselor, Maine Youth Center; JEFFREY TARDIFF, Training School Counselor, Maine Youth Center; TIMOTHY FOUST, Training School Counselor, Maine Youth Center; JOHN COYNE, Training School Counselor, Maine Youth Center; CHRISTOPHER COYNE, Training School Counselor, Maine Youth Center; JAMES BELL, Training School Counselor, Maine Youth Center; FNU BELL, Training School Counselor, Maine Youth Center; LISA TILLY, Training School Counselor, Maine Youth Center; MATTHEW NEE, Training School Counselor, Maine Youth Center; FNU FARR, Training School Counselor, Maine Youth Center; FNU DARDELL, Training School Counselor, Maine Youth Center; FNU OWENS, Training School Counselor, Maine Youth Center; FNU MOREAU, Training School Counselor, Maine Youth Center; FNU DOTAY, Training School Counselor, Maine Youth Center; FNU TURNER, Training School Counselor, Maine Youth Center; FNU ALBERTSON, Training School Counselor, Maine Youth Center; FNU DREW, Training School Counselor, Maine Youth Center; LOUIS HANSON, Training School Counselor, Maine Youth Center; DAVID

FORD, Training School Counselor, Maine Youth Center; SHIRLEY ANTONOWICZ, Training School Counselor, Maine Youth Center; SCOTT RISKA, Training School Counselor, Maine Youth Center; FNU QUINN, Training School Counselor, Maine Youth Center; SCOTT JANOSIK, Training School Counselor, Maine Youth Center; FNU THOMAS, Training School Counselor, Maine Youth Center; and FNU NELSON, Training School Counselor, Maine Youth Center;

Defendants.

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

Pursuant to Local Rule 83.2(c), undersigned counsel hereby moves for leave of Court to withdraw Assistant Attorney General Alexander M. Beals as counsel for the Defendant Maine Department of Corrections in this action. Alexandar Beals is leaving the Office of the Maine Attorney General and entering private practice.

Assistant Attorney General William Hagedorn has entered his appearance as counsel in this matter and will retain responsibility for this case.

Dated: October 16, 2026

AARON M. FREY
Attorney General

/s/ William Hagedorn
William D. Hagedorn
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
Tel. (207) 626-8800
Fax (207) 287-3145
william.d.hagedorn@maine.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2026, I electronically filed this document and any attachments with the Clerk of the Court using the CM/ECF system, and that the same will be sent electronically to registered participants as identified in the CM/ECF electronic system for this matter.

/s/ William Hagedorn
William D. Hagedorn
Assistant Attorney General
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006
Tel. (207) 626-8800
Fax (207) 287-3145
william.d.hagedorn@maine.gov